## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Lisa Hogue  : CHAPTER 13
:
Debtors,  : CASE NO. 12-18747

### CERTIFICATION OF NO RESPONSE

I, the undersigned, certify that, having served or caused to be served, a copy of the Supplemental Fee Application on August 29, 2017, as shown in the Certification of Service filed in this matter, that more than 20 days have passed and that I have received no response, either oral or written, as of this date to Debtors Attorney's Supplemental Application for Compensation and Reimbursement of Expenses.

I respectfully request that the Court enter the attached Order.

Dated: September 18, 2017

/s/ Georgette Miller
Georgette Miller

Law Offices of Georgette Miller
Esq., P.C
335 Evesham Avenue
Lawnside, NJ 08045
856-323-1100
Bar I.D. 86358
Attorney for Debtor

{00288365;v1}