IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Lisa Hogue : CHAPTER 13
:
Debtor, : CASE NO. 12-18747

### ORDER

It is hereby **ORDERED** that:

AND Now, upon consideration of the Application for Compensation ("the Application") filed by the Debtors counsel ("the Applicant") and upon the Applicants certification that proper service has been made on all interested parties and upon the Applicant certification of no response.

1. The Application is **GRANTED.**
2. Compensation is **ALLOWED** in favor of the Applicant in the amount of 430.00.

3. The Chapter 13 trustee Chapter 13 is authorized to distribute to the Applicant as an administrative expense pursuant to U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B), to the extent such distribution is authorized under the terms of the confirmed Chapter 13 plan.

BY THE COURT:

*Magdeline D. Coleman*

October 18, 2017

Bankruptcy Judge

William C. Miller, Chapter 13 Trustee
1234 Market Street, Suite 18-341
Philadelphia, PA 19107

Office of US Trustee
Suite 500
833 Chestnut Street
Philadelphia, PA 19107

Lisa Hogue
6025 Agusta Street
Philadelphia, PA 19149

{00288365;v1}