United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 12-18747-mdc
Lisa Denise Hogue                                                   Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: John             Page 1 of 2           Date Rcvd: Dec 21, 2017
                            Form ID: 138NEW        Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 23, 2017.
```
db          +Lisa Denise Hogue,    6025 Agusta Street,     Philadelphia, PA 19149-3229
cr          +U.S. Department of HUD c/o Novad Management Consul,    Shepherd's Mall,    2401 NW 23rd Street,
              Suite 1A,    Oklahoma City, OK 73107-2423
12903202     SANTANDER CONSUMER USA,    P.O. BOX 560284,    DALLAS, TX 75356-0284
12858434    +Santander Consumer Usa,    Po Box 961245,    Ft Worth, TX 76161-0244
13642415    +U.S. BANK NATIONAL ASSOCIATION, Et Al.,    c/o ANDREW F GORNALL,    KML Law Group, P.C.,
              701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
12896539     U.S. Department of Education,    P.O. Box 5609,    Greenville, TX 75403-5609
12943770    +U.S. Department of Housing and Urban Development,    c/o Novad Management Consulting, LLC,
              2401 N.W. 23rd Street, Suite 1A1,    Oklahoma City, OK 73107-2448
12858435    +Water Revenue Bureau,    1401 JFK Boulevard,    Philadelphia, PA 19102-1663
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: bankruptcy@phila.gov Dec 22 2017 01:35:47     City of Philadelphia,
              City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
              Philadelphia, PA  19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 22 2017 01:35:12
              Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 22 2017 01:35:28     U.S. Attorney Office,
              c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr           E-mail/PDF: rmscedi@recoverycorp.com Dec 22 2017 01:31:42     Portfolio Investments II LLC,
              c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
              Miami, FL  33131-1605
12858431     E-mail/Text: bankruptcy@phila.gov Dec 22 2017 01:35:47     City of Philadelphia,
              Department of Revenue,    PO Box 1630,    Philadelphia, PA 19105
12984894     E-mail/Text: bankruptcy@phila.gov Dec 22 2017 01:35:48     City of Philadelphia Law Department,
              Tax Unit - Bankruptcy,    Municipal Services Building,    1401 John F. Kennedy Blvd., 5th Floor,
              Philadelphia, PA 19102-1595
12858432    +E-mail/Text: bankruptcy@phila.gov Dec 22 2017 01:35:48     City of Philadelphia,
              bankruptcy department,    15th Floor, One Parkway Building,    1515 Arch Street,
              Philadelphia, PA 19102-1501
12858433    +E-mail/Text: blegal@phfa.org Dec 22 2017 01:35:18     Pa Housing Finance Age,    211 N Front St,
              Harrisburg, PA 17101-1406
12865127     E-mail/PDF: rmscedi@recoverycorp.com Dec 22 2017 01:31:53
              Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
              Miami, FL 33131-1605
                                                                                              TOTAL: 9
```

```
            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 23, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 21, 2017 at the address(es) listed below:
```
              ANDREW F GORNALL    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, Et Al...
               agornall@kmllawgroup.com,    bkgroup@kmllawgroup.com
              GEORGETTE  MILLER    on behalf of Debtor Lisa Denise Hogue info@georgettemillerlaw.com,
               georgettemillerlaw@gmail.com;mlee@georgettemillerlaw.com;gmecfmail@gmail.com;cfink@georgettemille
               rlaw.com;r50524@notify.bestcase.com
              JACQUELINE M. CHANDLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
```

```
District/off: 0313-2           User: John                 Page 2 of 2                   Date Rcvd: Dec 21, 2017
                               Form ID: 138NEW            Total Noticed: 17
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
      LEON P. HALLER    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, Et Al... lhaller@pkh.com, dmaurer@pkh.com;mgutshall@pkh.com
      THOMAS I. PULEO    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, Et Al... tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com

      TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Lisa Denise Hogue
      Debtor(s)

Bankruptcy No: 12–18747–mdc
Chapter: 13

---

## NOTICE

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed his final report and account.

2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

within 30 days from the date of this notice.

3. In the absence of any objection, the Court may enter the Order of Discharge.

    For The Court

    Timothy B. McGrath
    Clerk of Court

Dated: 12/21/17

91 – 90
Form 138_new