UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:      Lisa Denise Hogue           :     Chapter 13

              Debtor                    :     Bky. No. 12-18747 mdc

                                        :

ORDER

    AND NOW, it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the Debtor's estate,

    IT IS HEREBY ORDERED that the trustee be discharged and relieved of any trust; and this case be and the same hereby is **CLOSED  without the entry of an order of discharge.**

FOR THE COURT

Date:  April 18, 2018

_____
MAGDELINE D. COLEMAN
UNITED STATES BANKRUPTCY COURT